UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LINDA PETERS, BOBBIE PETERS, JUSTIN COPPINGER, and TAMMIE MOSTROM,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KITSAP, a Political Subdivision of the State of Washington, et. al.,<br><br>Defendants. | CASE NO. C07-5431BHS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO COMPEL |

This matter comes before the Court on Defendants' Motion to Compel Discovery and for Award of Attorney's Fees and Sanctions (Dkt. 14). The Court has considered the pleadings and declarations filed in support of and opposition to the motion and the remainder of the file herein and hereby grants Defendants' motion to compel. The Court declines to award attorney's fees at this time or to impose sanctions on Plaintiffs as this is the first issue with discovery that has arisen. Furthermore, discovery is in its early stages and is not scheduled to be completed until August 4, 2008. However, if Plaintiffs Linda Peters, Bobbie Peters, and/or Justin Coppinger fail to provide complete answers to Defendants' interrogatories and request for production the subject of Defendants' motion to compel by March 7, 2008 in compliance with this order, or if Plaintiffs should fail to otherwise timely comply with discovery rules, the Court will strongly consider awarding attorney's fees and imposing sanctions up to and including dismissal of

Plaintiffs' claims.

It is therefore **ORDERED** that Defendants' Motion to Compel Discovery and for Award of Attorney's Fees and Sanctions (Dkt. 14) is hereby **GRANTED**. Plaintiffs Linda Peters, Bobbie Peters, and Justin Coppinger shall provide complete answers to Defendants' interrogatories and request for production the subject of Defendants' motion to compel, or valid objections thereto, by March 7, 2008. If Plaintiffs fail to provide complete answers by March 7, 2008 the Court may award Defendants their reasonable attorneys fees related to this issue and may impose sanctions up to and including dismissal of all of any delinquent Plaintiffs' claims.

DATED this 22nd day of February, 2008.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge